IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLIE CAROLE LABOUVE and
HERBERT LABOUVE                                                                    PLAINTIFFS

vs                                   3:10CV00081-WRW

TOWN AND COUNTRY GROCERS
OF FREDERICKTOWN MISSOURI, INC.
d/b/a Country Mart                                                                  DEFENDANT

## ORDER

On April 19, 2010, this case was removed from Craighead County Circuit Court, Case Number CV-2010-231, and assigned to this Court.

On April 20, 2010, my office called Plaintiff's counsel of record, David Rees, and informed his office (by speaking to his Assistant, Mary) that Mr. Rees had been suspended from practice in the Eastern District of Arkansas, removed from the case as counsel of record for Plaintiffs, and instructed to have someone in their firm file an entry of appearance for Plaintiffs. To date, no entry of appearance has been filed. Mr. Rees's office is directed to have someone file an entry of appearance by 5:00 p.m., Monday, May 24, 2010.

The Clerk's Office is directed to send a copy of this Order to Plaintiffs, Billie Carole LaBouve and Herbert LaBouve at 407 Greenmeadow Lane, Jonesboro, Arkansas 72404-0517 and to David Rees, Rees Law Firm, Post Office Box 1573, Jonesboro, Arkansas 72403.

Failure to comply with this Order could result in the case being dismissed for failure to prosecute.

IT IS SO ORDERED this 10th day of May, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

Order.Rees.wpd