**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BILLIE CAROLE LABOUVE, et al.**                                                    **PLAINTIFFS**

**VS.**                                           **3:10-CV-00081-WRW**

**TOWN AND COUNTRY GROCERS OF**                                             **DEFENDANTS**
**FREDERICKTOWN, MISSOURI, INC. et al.**

## ORDER

Pending is Plaintiffs' unopposed Motion for Voluntary Nonsuit Without Prejudice (Doc. No. 8). The Motion is GRANTED, and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 25th day of May, 2010.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE